SO ORDERED: October 08, 2010.



_____
**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
PO Box 44978
Indianapolis, IN 46244

SDISMISS (rev 12/2009)

In Re:
   Ryan Allen Holubek
     SSN: xxx−xx−1299   EIN: NA
   Debtor(s)

Case Number:
**09−09644−FJO−13**

## ORDER DISMISSING CASE

A(n) Motion to Dismiss Case was filed with the Clerk of this Court on July 15, 2010, by Trustee Robert A Brothers.

IT IS THEREFORE ORDERED that the above−captioned bankruptcy case is DISMISSED.

IT IS FURTHER ORDERED that the trustee shall be, and hereby is, discharged and relieved of his/her trust.

To reinstate a case which has not been closed, a Motion for Relief from Judgment or Order pursuant to FRBP 9024 must be filed within thirty (30) days from the case's dismissal date. If the case was dismissed because of the failure to pay a filing fee or an installment, that fee or any missed installment must be paid with the motion. Documents missing at the time the case was dismissed must also be filed with the motion, or the motion will be denied.

To reopen a closed case, a Motion to Reopen must be filed, and the reopening fee must be paid as set forth in the fee schedule found at http://www.insb.uscourts.gov/WebForms/FeeSchedule.pdf. A Motion for Relief from Judgment or Order pursuant to FRBP 9024 must also be filed. In addition to the reopening fee, you must pay any unpaid portion of the original filing fee, or if the Court permitted payment of the original fee in installments, any missed installment fee payments. The Court has the right to deny the motion and may refund the fees. Documents missing at the time the case was dismissed must be filed with the Motion to Reopen, or the motion will be denied.

###

Case 09-09644-FJO-13    Doc 54    Filed 10/08/10    EOD 10/08/10 15:03:23    Pg 2 of 2

###